UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DOUGLAS BRACE and MICHELLE PERRY,**

    **Plaintiffs,**

v.　　　　　　　　　　　　　　　　　　　　Case No. 3:17-cv-428-J-39PDB

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an insurance corporation,**

    **Defendant.**
_____/

## ORDER

**THIS MATTER** comes before the Court on the Mediation Report (Doc. 17; Report) filed on August 31, 2017. In the Report, the Mediator advises the Court that this case has been resolved. See Report at 1. Accordingly, it is hereby

**ORDERED:**

1. The final pretrial conference scheduled for April 25, 2018 is cancelled and this case is removed from the May 7, 2018 trial term.

2. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

3. The parties shall have until **October 31, 2017**, to file a joint stipulated form of final order or judgment or move this Court upon good cause to reopen the case.

4. If the parties have not so stipulated or moved the Court by the **October 31, 2017** deadline, this case automatically will be dismissed without prejudice, and the Clerk shall **close** the file without further order of the Court.

**DONE** and **ORDERED** in Jacksonville, Florida this 7th day of September, 2017.

*/s/ Brian J. Davis*
BRIAN J. DAVIS
United States District Judge

cs

Copies furnished to:

Counsel of Record
Unrepresented Parties