UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DOUGLAS BRACE and MICHELLE PERRY,

      Plaintiffs,

v.                                        Case No. 3:17-cv-428-J-39PDB

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an insurance corporation,

      Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Dismissal with Prejudice (Doc. No.19; Notice) filed on October 25, 2017. In the Notice, the parties state that they agree to the dismissal of this case with prejudice. See Notice at 1. Accordingly, it is hereby

ORDERED:

1.     This case is **DISMISSED with prejudice.**

2.     Each party shall bear its own costs and fees.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE and ORDERED** in Jacksonville, Florida this 6th day of November, 2017.

_____
BRIAN J. DAVIS
United States District Judge

cs

Copies to:

Counsel of Record